# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
17 SEP 21 AM 8:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDUARDO ARREOLA-BARRAGAN,

Defendant.

CASE NO. 17CR1808-DMS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal without prejudice; or

__X__ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in the Information: __8 USC 1326(a), (b)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 20, 2017

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE